

# THE MORT LAW FIRM
A PROFESSIONAL LIMITED LIABILITY COMPANY

INTELLECTUAL PROPERTY LAW

RECEIVED
October 04, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____lad_____
DEPUTY

Ray Mort
raymort@austinlaw.com
(512) 677-6825

October 3, 2022

United States District Clerk's Office
800 Franklin Ave, Room 380
Waco, Texas 76701

Re:   *Lower48 IP LLC v. Shopify, Inc.*, Case No. 6:22-cv-00997-DAE;

Dear Clerk,

This letter is to request service of documents pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure on the party listed below. I am preparing this request based on instructions published by the US District Clerk's Office for the Southern District of New York at this URL: https://nysd.uscourts.gov/forms/foreign-mailing-instructions.

The party to be served is:

1.  Shopify, Inc., which may be served at the following address:

    150 Elgin St
    8th Floor
    Ottawa, ON K2P 1L4
    Canada

The documents to be served on Shopify, Inc., are:
1.  A copy of the summons issued and addressed to Shopify, Inc., (ECF No. 5);
2.  A copy of the civil cover sheet filed in the above referenced matter (ECF No. 1-1);
3.  A copy of the complaint filed in the above referenced matter (ECF No. 1);

The above documents are enclosed with this letter.

---



    Please send these documents via FedEx. To facilitate this, I have attached:

1. One FedEx container containing the above referenced document; and
2. An international FedEx air waybill, pre-addressed to Shopify, Inc. and pre-paid. The airbill has been affixed to the FedEx container by a FedEx employee.

    Please seal the enclosed FedEx container and request a pick-up by FedEx to effectuate service.

    If you have any questions regarding this matter, do not hesitate to contact me at 512-677-6825.

Sincerely,

*Q. W. Mort III*

Raymond W. Mort, III

```
ORIGIN ID:EFDA    (512) 865-7950        SHIP DATE: 07OCT22
RAYMOND W. MORT, III                    ACTWGT: 0.50 LB
                                        CAD: 255751536/INET4530
501 CONGRESS AVE
SUITE 150
AUSTIN, TX 78701 US                     BILL THIRD PARTY
SIGN: RAYMOND W. MORT, III              NO EEI 30.36

TO SHOPIFY, INC.

150 ELGIN ST
8TH FLOOR
OTTAWA ON K2P1L4                                    (CA)
(123) 456-7890         REF: 997 - SHOPIFY
INV:
PO:                    DEPT:
```




```
                                              AM
TRK# 7701 0174 7182                      INTL PRIORITY
0430

XV YOWA                                  K2P 1L4
                                         ON-CA  YOW
```



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Pickup

| | | | |
|---|---|---|---|
| **FedEx Pickup Confirmation—FedEx Express ACTA3051** | | | |
| Country/Territory | **United States** | **FedEx Express** | **Confirmation no. ACTA3051** |
| Company | **US DISTRICT CLERKS OFFICE** | Pickup date | **10/06/2022** |
| Contact name | **Leigh Anne Diaz** | Total no. of packages | **3** |
| Address 1 | **800 Franklin Ave, Room 380** | Total weight | **3 lbs** |
| City | **Waco** | Pickup time | **9:00am - 5:00pm** |
| State | **Texas** | | |
| ZIP | **76701** | | |
| Phone no. | **2547501506** | | |