## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

|  |  |
|---|---|
| **LOWER48 IP LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SHOPIFY INC.,**<br><br>*Defendant.* | Civil Action No. 6:22-cv-00997-DAE |

## DEFENDANT SHOPIFY INC.'S ANSWER TO LOWER48'S
## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE DAVID A. EZRA, UNITED STATES DISTRICT JUDGE:

Defendant Shopify Inc. ("Defendant" or "Shopify) answers Plaintiff Lower48 IP LLC ("Lower48")'s First Amended Complaint ("Amended Complaint") alleging patent infringement of United States Patent Nos. 7,681,177, 10,140,349, 11,100,070, and 11,194,777 (collectively the "Asserted Patents").

## NATURE OF THE ACTION[1]

1.      Paragraph 1 states a conclusion of law for which no answer is required.  To the extent a response is deemed required, based on its investigation to date, Shopify admits that this is a patent infringement action under the patent laws of the United States.

---

[1] For ease of reference, Shopify utilizes the headings used in Lower48's Amended Complaint.  In so doing, Shopify does not admit any of the allegations contained in those headings.  In addition, Shopify's responses to Lower48's allegations correspond to the numbered paragraphs in the Amended Complaint.

**THE PARTIES**

2.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore denies them.

3.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies them.

4.    Shopify admits it is a Canadian company.  Shopify denies the remaining allegations.  Shopify is a Canadian company with a principal address at 151 O'Connor Street, Ground Floor, Ottawa, ON, K2P 2L8, Canada.

**JURISDICTION AND VENUE**

5.    Paragraph 5 states conclusions of law for which no answer is required.  To the extent a response is deemed required, based on its investigation to date, Shopify admits that this is a patent infringement action under the patent laws of the United States and that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.    Paragraph 6 states conclusions of law for which no answer is required.  To the extent a response is deemed required, based on its investigation to date, Shopify denies the allegations in Paragraph 6.  Shopify further denies that it has committed any acts of patent infringement.

7.    Paragraph 7 states conclusions of law for which no answer is required.  Shopify, based on its investigation to date, admits that it makes available Shopify's GraphQL app, Logo Maker, Business Name Generator, Slogan Maker, Domain Name Generator, Link in Bio for Commerce, WHOIS Domain Lookup, Wholesale Marketplace, Pay Stub Generator, QR Code Generator, Terms and Conditions Generator, Business Card Maker, Invoice Generator, Purchase Order Template, Privacy Policy Generator, Shipping Label Template, Refund Policy Generator,

Bill of Lading Template, Barcode Generator, Image Resizer, Business Loan Calculator, CPM

Calculator, Profit Margin Calculator, Exchange Marketplace, and Discount Calculator as well as

Shopify's Admin API, Storefront API, Partner API, Payment Apps API, Marketplaces API, and

ShopifyQL API.  Shopify denies the remaining allegations in Paragraph 7.

       8.      Shopify denies the allegations in Paragraph 8.

       9.      Shopify denies the allegations in Paragraph 9.

       10.      Shopify denies the allegations in Paragraph 10.

       11.      Paragraph 11 states conclusions of law for which no answer is required.  To the

extent a response is deemed to be required, Shopify denies the allegations in Paragraph 11.

       12.      Paragraph 12 states conclusions of law for which no answer is required.  To the

extent a response is deemed to be required, Shopify, for purposes of this action only, does not

dispute that this Court has jurisdiction over this action.  Shopify denies the remaining allegations

in Paragraph 12.

       13.      Paragraph 13 states conclusions of law for which no answer is required.  To the

extent a response is deemed to be required, Shopify denies the allegations in Paragraph 13.

Shopify further denies that it has committed any acts of patent infringement.

       14.      Paragraph 14 states conclusions of law for which no answer is required.

### UNITED STATES PATENT NO. 7,681,177

       15.      Shopify admits that U.S. Patent No. 7,681,177 (the "'177 patent") states that it

issued on March 16, 2010 to Jack J. LeTourneau and states that it is entitled "Method and/or

System for Transforming Between Trees and Strings."  Shopify denies that the '177 patent was

"duly and legally issued."  Shopify otherwise lacks knowledge or information sufficient to form

a belief as to the truth of the remaining allegations contained in Paragraph 15, and on that basis denies them.

16.    Paragraph 16 states a conclusion of law for which no answer is required.  Shopify admits that 35 U.S.C. § 282 states, *inter alia*, that "[a] patent shall be presumed valid."  Shopify denies that the '177 patent is valid.

17.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17, and on that basis denies them.

18.    Upon information and belief, Shopify admits that Lower48 has not directly granted Shopify a license to the '177 patent.  Shopify further denies that it has committed any acts of patent infringement.  Except as expressly admitted, Shopify denies the allegations in Paragraph 18.

19.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19, and on that basis denies them.

20.    Shopify admits that '177 patent includes the text quoted in Paragraph 20.  Shopify lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20, and on that basis denies them.

21.    Shopify admits that the '177 patent includes the text quoted in Paragraph 21 of the Amended Complaint.

22.    Shopify denies the allegations in paragraph 22.

## UNITED STATES PATENT NO. 10,140,349

23.    Shopify admits that U.S. Patent No. 10,140,349 (the "'349 patent") states that it issued on November 27, 2018 to Jack J. LeTourneau and states that it is entitled "Method and/or System for Transforming Between Trees and Strings."  Shopify denies that the '349 patent was

"duly and legally issued." Shopify otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 23, and on that basis denies them.

24.     Paragraph 24 states a conclusion of law for which no answer is required. Shopify admits that 35 U.S.C. § 282 states, *inter alia*, that "[a] patent shall be presumed valid." Shopify denies that the '349 patent is valid.

25.     Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25, and on that basis denies them.

26.     Upon information and belief, Shopify admits that Lower48 has not directly granted Shopify a license to the '349 patent. Shopify further denies that it has committed any acts of patent infringement. Except as expressly admitted, Shopify denies the allegations in Paragraph 26.

27.     Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and on that basis denies them.

28.     Paragraph 28 states a conclusion of law for which no answer is required. Shopify admits the '349 patent states that it is a continuation of application No. 11/361,500, filed on Feb. 23, 2006, now the '177 patent. Shopify denies the remaining allegation contained in Paragraph = 28.

## UNITED STATES PATENT NO. 11,100,070

29.     Shopify admits that U.S. Patent No. 11,100,070 (the "'070 patent") states that it issued on August 24, 2021 to Karl Schiffmann, Jack J. LeTourneau, and Mark Andrews and states that it is be entitled "Manipulation and/or Analysis of Hierarchical Data." Shopify denies that the '070 patent was "duly and legally" issued. Shopify otherwise lacks knowledge or

information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 29, and on that basis denies them.

30.    Paragraph 30 states a conclusion of law for which no answer is required.  Shopify admits that 35 U.S.C. § 282 states, *inter alia*, that "[a] patent shall be presumed valid."  Shopify denies that the '070 patent is valid.

31.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and on that basis denies them.

32.    Upon information and belief, Shopify admits that Lower48 has not directly granted Shopify a license to the '070 patent.  Shopify further denies that it has committed any acts of patent infringement.  Except as expressly admitted, Shopify denies the allegations in Paragraph 32.

33.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and on that basis denies them.

34.    Shopify admits that '070 patent includes the text quoted in Paragraph 34.  Shopify lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 34, and on that basis denies them.

35.    Shopify denies the allegations in Paragraph 35.

## UNITED STATES PATENT NO. 11,194,777

36.    Shopify admits that U.S. Patent No. 11,194,777 (the "'777 patent") states that it issued on December 7, 2021 to Karl Schiffmann, Jack J. LeTourneau, and Mark Andrews and Jack J. LeTourneau and states that it is entitled "Manipulation and/or analysis of hierarchical data."  Shopify denies that the '777 patent was "duly and legally issued."  Shopify otherwise

lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 36, and on that basis denies them.

37.    Paragraph 37 states a conclusion of law for which no answer is required.  Shopify admits that 35 U.S.C. § 282 states, *inter alia*, that "[a] patent shall be presumed valid."  Shopify denies that the '777 patent is valid.

38.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38, and on that basis denies them.

39.    Upon information and belief, Shopify admits that Lower48 has not directly granted Shopify a license to the '777 patent.  Shopify further denies that it has committed any acts of patent infringement.  Except as expressly admitted, Shopify denies the allegations in Paragraph 39.

40.    Shopify lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40, and on that basis denies them.

41.    Paragraph 41 states a conclusion of law for which no answer is required.  Shopify admits the '777 patent states that it is a continuation of application No. 16/048,061, filed on Jul. 27, 2018, which issued as the '070 patent.  Shopify denies the remaining allegation contained in Paragraph 41.

## **LOWER48'S CLAIMS FOR RELIEF**

### **Count I – Direct Infringement of United States Patent No. 7,681,177**

42.    Shopify repeats and realleges all of the responses in paragraphs 1 through 41 above, as if set forth fully herein.

43.    Shopify denies the allegations in Paragraph 43.

44.    Shopify admits that the first excerpt is an excerpt from https://graphql.org as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the second excerpt is an excerpt from https://shopify.dev/api/usage as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the fourth excerpt is an excerpt from https://shopify.dev/api/admin-graphql as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the fifth excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the sixth and seventh excerpts are excerpts from https://graphql.org as of January 17, 2023, but denies that they depict any infringing conduct. Shopify admits that the eighth excerpt is an excerpt from https://graphql.org/learn/execution/ as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the ninth and tenth excerpts are excerpts from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that they depict any infringing conduct. Shopify admits that the eleventh excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct. Except as expressly admitted, Shopify denies the allegations in Paragraph 44.

45.    Shopify admits that the first excerpt is an excerpt from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that it depicts any infringing conduct. Except as expressly admitted, Shopify denies the allegations in Paragraph 45.

46.    Shopify denies all allegations of Paragraph 46.

## Count II – Direct Infringement of United States Patent No. 10,140,349

47.    Shopify repeats and realleges all of the responses in paragraphs 1 through 46 above, as if set forth fully herein.

48.    Shopify denies the allegations in Paragraph 48.

49.    Shopify admits that the first excerpt is an excerpt from https://graphql.org as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the second excerpt is an excerpt from https://shopify.dev/api/usage as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fourth excerpt is an excerpt from https://shopify.dev/api/admin-graphql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fifth excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the sixth and seventh excerpts are from https://graphql.org as of January 17, 2023, but denies that they depict any infringing conduct.  Shopify admits that the eighth excerpt is an excerpt from https://graphql.org/learn/execution/ as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the tenth excerpt is an excerpts from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the eleventh excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the thirteenth excerpt is an excerpt from https://graphql.org/faq/#is-graphql-a-database-language-like-sql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fourteenth excerpt is an excerpt from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fifteenth excerpt

is an excerpt from https://graphql.org/ as of January 17, 2023, but denies that it depicts any infringing conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 49.

50.    Shopify admits that the first and second excerpts are excerpts from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that they depict any infringing conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 50.

51.    Shopify admits that the first excerpt is an excerpt from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that it depicts any infringing conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 51.

52.    Shopify admits that the first excerpt is an excerpt from http://spec.graphql.org/draft/ as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the second excerpt is an excerpt from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that it depicts any infringing conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 52.

53.    Shopify admits that the first and second excerpts are excerpts from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that they depict any infringing conduct.  Shopify admits that the third excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fourth excerpt is an excerpt from

https://shopify.dev/api/usage as of January 17, 2023, but denies that it depicts any infringing

conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 53.

54.     Shopify denies all allegations of Paragraph 54.

**Count III – Direct Infringement of United States Patent No. 11,100,070**

55.     Shopify repeats and realleges all of the responses in paragraphs 1 through 54

above, as if set forth fully herein.

56.     Shopify denies the allegations in Paragraph 56.

57.     Shopify admits that the first excerpt is an excerpt from https://graphql.org as of

January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the

second excerpt is an excerpt from https://shopify.dev/api/usage as of January 17, 2023, but

denies that it depicts any infringing conduct.  Shopify admits that the fourth excerpt is an excerpt

from https://shopify.dev/api/admin-graphql as of January 17, 2023, but denies that it depicts any

infringing conduct.  Shopify admits that the fifth excerpt is an excerpt from

https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing

conduct.  Shopify admits that the sixth and seventh excerpts are excerpts from https://graphql.org

as of January 17, 2023, but denies that they depict any infringing conduct.  Shopify admits that

the eighth excerpt is an excerpt from https://graphql.org/learn/execution/ as of January 17, 2023,

but denies that it depicts any infringing conduct.  Shopify admits that the tenth excerpt is an

excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that

it depicts any infringing conduct.  Shopify admits that the eleventh excerpt is an excerpt from

https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing

conduct.  Shopify admits that the thirteenth excerpt is an excerpt from https://graphql.org/faq/#is-

graphql-a-database-language-like-sql as of January 17, 2023, but denies that it depicts any

infringing conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 57.

58.     Shopify admits that the first excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the second excerpt is an excerpt from https://shopify.dev/api/usage as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fifth excerpt is an excerpts from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the sixth and seventh excerpts are excerpts from https://graphql.org as of January 17, 2023, but denies that they depict any infringing conduct.  Shopify admits that the eighth excerpt is an excerpt from https://graphql.org/learn/execution/ as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the tenth excerpt is an excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 58.

59.     Shopify admits that the first excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the second excerpt is an excerpt from https://medium.com/paypal-tech/graphql-resolvers-best-practices-cd36fdbcef55 as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the third excerpt is an excerpt from https://spec.graphql.org/draft as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fourth and fifth excerpts are an excerpt from https://spec.graphql.org/June2018/#sec-Scalars as of January 17, 2023, but denies that they

depict any infringing conduct.  Shopify admits that the seventh excerpt is an excerpt from

https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any

infringing conduct.  Except as expressly admitted, Shopify denies the allegations in

Paragraph 59.

   60. Shopify admits that the first and second excerpts are an excerpt from

https://spec.graphql.org/June2018/#sec-Scalars as of January 17, 2023, but denies that they

depict any infringing conduct.  Shopify admits that the third and fourth excerpts are excerpts

from https://shopify.engineering/understanding-graphql-beginner-part-two as of January 17,

2023, but denies that they depict any infringing conduct.  Shopify admits that the fifth excerpt is

an excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies

that it depicts any infringing conduct.  Shopify admits that the sixth excerpt is an excerpt from

https://www.apollographql.com/docs/apollo-server/schema/schema/ as of January 17, 2023, but

denies that it depicts any infringing conduct.  Shopify admits that the eighth excerpt is an excerpt

from https://shopify.dev/api/admin-graphql/2023-

01/queries/automaticDiscountNodes#argument-automaticdiscountnodes-reverse but denies that it

depicts any infringing conduct.  Except as expressly admitted, Shopify denies the allegations in

Paragraph 60.

   61. Shopify admits that the second excerpt is an excerpt from

https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any

infringing conduct.  Except as expressly admitted, Shopify denies the allegations in

Paragraph 61.

   62. Shopify denies all allegations of Paragraph 62.

**Count IV – Direct Infringement of United States Patent No. 11,194,777**

63.     Shopify repeats and realleges all of the responses in paragraphs 1 through 62 above, as if set forth fully herein.

64.     Shopify denies the allegations in Paragraph 64.

65.     Shopify admits that the first excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the second excerpt is an excerpt from https://shopify.dev/api/usage as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the fifth excerpt is an excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the sixth and seventh excerpts are excerpts from https://graphql.org as of January 17, 2023, but denies that they depict any infringing conduct.  Shopify admits that the eighth excerpt is an excerpt from https://graphql.org/learn/execution/ as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the tenth excerpt is an excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct.  Except as expressly admitted, Shopify denies the allegations in Paragraph 65.

66.     Shopify admits that the first excerpt is an excerpt from https://medium.com/paypal-tech/graphql-resolvers-best-practicescd36fdbcef55 as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the second excerpt is an excerpt from http://spec.graphql.org/draft/ as of January 17, 2023, but denies that it depicts any infringing conduct.  Shopify admits that the third and fourth excerpts are excerpts from https://spec.graphql.org/June2018/#sec-Scalars as of January 17, 2023, but denies that they

depict any infringing conduct. Shopify admits that the sixth excerpt is an excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct. Except as expressly admitted, Shopify denies the allegations in Paragraph 66.

67.     Shopify admits that the first and second excerpts are excerpts from https://spec.graphql.org/June2018/#sec-Scalars as of January 17, 2023, but denies that they depict any infringing conduct. Shopify admits that the third and fourth excerpts are excerpts from https://shopify.engineering/understanding-graphql-beginner-part-two as of January 17, 2023, but denies that they depict any infringing conduct. Shopify admits that the fifth excerpt is an excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the sixth excerpt is an excerpt from https://www.apollographql.com/docs/apollo-server/schema/schema/ as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the seventh excerpt is an excerpt from https://shopify.dev/api/admin-graphql/2022-01/queries/automaticDiscountNodes#argument-automaticdiscountnodes-reverse as of January 17, 2023, but denies that it depicts any infringing conduct. Except as expressly admitted, Shopify denies the allegations in Paragraph 67.

68.     Shopify admits that the first excerpt is an excerpt from https://shopify.dev/api/shopifyql as of January 17, 2023, but denies that it depicts any infringing conduct. Shopify admits that the fourth excerpt is an excerpt from https://shopify.dev/api/admin/getting-started as of January 17, 2023, but denies that it depicts any infringing conduct. Except as expressly admitted, Shopify denies the allegations in Paragraph 68.

69.     Shopify denies all allegations of Paragraph 69.

## JURY DEMANDED

70.     Shopify demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Shopify denies subparagraphs a.-h., of Lower48's Prayer for Relief; Shopify denies that Lower48 is entitled to any relief from Shopify.

Shopify denies all allegations of Lower48's Amended Complaint not specifically admitted above.

## SHOPIFY'S DEFENSES

By alleging the defenses set forth below, Shopify does not agree or concede that it bears the burden of proof or the burden of persuasion on any of these issues, whether in whole or in part. Shopify reserves all rights to allege additional defenses that become known through the course of discovery. Shopify alleges and asserts the following defenses in response to Lower48's allegations in the Amended Complaint and each claim for relief therein:

### First Affirmative Defense
*(Non-Infringement)*

1.     Shopify does not make, use, sell, offer for sale, or import into the United States, and has not made, used, sold, offered for sale or imported into the United States, any products or methods that infringe any valid claim of the patents asserted in the Amended Complaint, either directly, indirectly, contributorily, literally or through the doctrine of equivalents, or otherwise, and has not induced others to infringe, or otherwise indirectly infringed, any valid claim of the patents asserted in the Amended Complaint.

**Second Affirmative Defense**
*(Invalidity)*

2.      One or more claims of the patents asserted in the Amended Complaint are invalid

and/or unenforceable for failure to meet the conditions of patentability and/or otherwise comply

with one or more provisions of 35 U.S.C. §§ 101 *et seq.*, including 35 U.S.C. §§ 101, 102, 103,

112, 116, and/or 256.

**Third Affirmative Defense**
*(Limitation on Damages / Failure to Mark)*

3.      On information and belief, to the extent Lower48 seeks damages otherwise

accruing prior to six years before it filed its Amended Complaint, such damages are barred by

35 U.S.C. § 286.  The relief sought by Lower48 based on Shopify's alleged infringement of the

Asserted Patents is further limited by 35 U.S.C. § 287 to the extent the owner(s) of the Asserted

Patents, and/or their licensees, failed to mark allegedly practicing products.

**Fourth Affirmative Defense**
*(Waiver, Laches, Estoppel, Acquiescence, and Unclean Hands)*

4.      On information and belief, Lower48's claims for relief are barred in whole or in

part by waiver, laches, equitable estoppel (including, without limitation, judicial estoppel and

administrative estoppel), acquiescence and/or unclean hands.

**Fifth Affirmative Defense**
*(Prosecution History Estoppel)*

5.      Lower48 is estopped, based on statements, representations, and admissions made

during prosecution of the patent applications that led to the Asserted Patents, from asserting that

the claims of the Asserted Patents are infringed by Shopify or Shopify's products or services,

either directly, indirectly, contributorily, through the doctrine of equivalents, or otherwise.

### Sixth Affirmative Defense
*(No Equitable Entitlement to Injunctive Relief)*

6.       On information and belief, Lower48 is not entitled to equitable relief with respect to the Asserted Patents under any theory because Lower48 has not and will not suffer irreparable harm, Lower48 has not established that it practices the Asserted Patents, Lower48 is not without adequate remedy at law, the balance of the hardships do not favor entry of an injunction, and/or public policy concerns weigh against any equitable relief.

### Seventh Affirmative Defense
*(No Costs)*

7.       On information and belief, Lower48 is barred from recovering costs associated with this action with respect to the Asserted Patents under 35 U.S.C. § 288.

### Eighth Affirmative Defense
*(Ensnarement)*

8.       To the extent that Lower48 claims infringement under the doctrine of equivalents, Lower48's claims are barred under the ensnarement doctrine, which prohibits Lower48 from asserting an infringement theory under the doctrine of equivalents that encompasses, or "ensnares," the prior art.

### Ninth Affirmative Defense
*(Lack of Standing)*

9.       To the extent any third party has or should have ownership rights in the Asserted Patents, Lower 48 lacks standing in this action.

### Tenth Affirmative Defense
*(License/Patent Exhaustion)*

10.      One or more of Lower 48's claims are barred, in whole or in part, to the extent that rights to the Asserted Patents have been exhausted and/or are licensed to Shopify.

## Reservation of Defenses

11.　Shopify reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation.

## COUNTERCLAIMS

For its counterclaims against Lower48, Counterclaim-plaintiff Shopify alleges as follows:

## PARTIES AND JURISDICTION

1.　Shopify is a Canadian company with a principal address at 151 O'Connor Street, Ground Floor, Ottawa, ON, K2P 2L8, Canada.

2.　Counterclaim-defendant Lower48 IP LLC ("Lower48") alleges it is a limited liability company organized under the laws of the State of Texas.

3.　This is an action for declaratory judgment of non-infringement and invalidity arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.  Thus, this Court has subject-matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a), in combination with 28 U.S.C. §§ 2201-2202.  An actual controversy exists under the Declaratory Judgment Act because Lower48 has asserted and is asserting infringement of the '177, '349, '070, and '777 patents (collectively, the "Asserted Patents") by Shopify, and Shopify denies those assertions.

4.　Personal jurisdiction and venue over Lower48 in this District are proper because Lower48 has sued Shopify in this Court.

## COUNT I – NON-INFRINGEMENT OF THE '177 PATENT

5.     Shopify repeats and realleges the allegations set forth in paragraphs 1 through 5 of this Counterclaim, above, as if set forth fully herein.

6.     Lower48 claims that it is the owner of all rights, title, and interest in and to the '177 patent.  Lower48 has expressly charged Shopify with infringement of the '177 patent by filing a Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

7.     Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '177 patent, either literally or under the doctrine of equivalents.

8.     Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 45 of the '177 patent."  Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

9.     Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein.  Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

10.     Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '177 patent.

## COUNT II – INVALIDITY OF THE '177 PATENT

11.     Shopify repeats and realleges the allegations set forth in paragraphs 1 through 10 of this Counterclaim, above, as if set forth fully herein

12.     Shopify contends that the claims of the '177 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

13.     Lower48's Amended Complaint alleges that the '177 patent was "duly and legally issued" and is "presumed valid."  Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

14.     Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein.  Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

15.     Shopify is entitled to a declaratory judgment that the claims of the '177 patent are invalid.

### COUNT III – NON-INFRINGEMENT OF THE '349 PATENT

16.     Shopify repeats and realleges the allegations set forth in paragraphs 1 through 15 of this Counterclaim, above, as if set forth fully herein.

17.     Lower48 claims that it is the owner of all rights, title, and interest in and to the '349 patent.  Lower48 has expressly charged Shopify with infringement of the '349 patent by filing a Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

18.     Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '349 patent, either literally or under the doctrine of equivalents.

19.     Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 21 of the '349 patent."  Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

20.     Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein.  Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

21.     Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '349 patent.

## COUNT IV – INVALIDITY OF THE '349 PATENT

22.     Shopify repeats and realleges the allegations set forth in paragraphs 1 through 21 of this Counterclaim, above, as if set forth fully herein

23.     Shopify contends that the claims of the '349 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

24.     Lower48's Amended Complaint alleges that the '349 patent was "duly and legally issued" and is "presumed valid."  Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

25.     Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein.  Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

26.     Shopify is entitled to a declaratory judgment that the claims of the '349 patent are invalid.

## COUNT V – NON-INFRINGEMENT OF THE '070 PATENT

27.     Shopify repeats and realleges the allegations set forth in paragraphs 1 through 26 of this Counterclaim, above, as if set forth fully herein.

28.     Lower48 claims that it is the owner of all rights, title, and interest in and to the '070 patent.  Lower48 has expressly charged Shopify with infringement of the '070 patent by filing a Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

29.    Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '070 patent, either literally or under the doctrine of equivalents.

30.    Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '070 patent."  Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

31.    Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein.  Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

32.    Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '070 patent.

## COUNT VI – INVALIDITY OF THE '070 PATENT

33.    Shopify repeats and realleges the allegations set forth in paragraphs 1 through 32 of this Counterclaim, above, as if set forth fully herein

34.    Shopify contends that the claims of the '070 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

35.    Lower48's Amended Complaint alleges that the '070 patent was "duly and legally issued" and is "presumed valid."  Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

36.    Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein.  Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

37.     Shopify is entitled to a declaratory judgment that the claims of the '070 patent are invalid.

## COUNT VII – NON-INFRINGEMENT OF THE '777 PATENT

38.     Shopify repeats and realleges the allegations set forth in paragraphs 1 through 37 of this Counterclaim, above, as if set forth fully herein.

39.     Lower48 claims that it is the owner of all rights, title, and interest in and to the '777 patent.  Lower48 has expressly charged Shopify with infringement of the '777 patent by filing a Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

40.     Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '777 patent, either literally or under the doctrine of equivalents.

41.     Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '777 patent."  Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

42.     Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein.  Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

43.     Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '777 patent.

## COUNT VI – INVALIDITY OF THE '777 PATENT

44.     Shopify repeats and realleges the allegations set forth in paragraphs 1 through 43 of this Counterclaim, above, as if set forth fully herein

45.    Shopify contends that the claims of the '777 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

46.    Lower48's Amended Complaint alleges that the '777 patent was "duly and legally issued" and is "presumed valid." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

47.    Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

48.    Shopify is entitled to a declaratory judgment that the claims of the '777 patent are invalid.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Counterclaim-plaintiff Shopify demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Shopify respectfully requests entry of judgment in its favor and against Lower48 as follows:

a.    Dismissing Lower48's Amended Complaint in its entirety, with prejudice;

b.    Declaring that Shopify has not infringed and does not infringe any claims of the Asserted Patents;

c.    Declaring that the claims of the Asserted Patents are invalid;

d.    Awarding to Shopify its costs, expenses, and reasonable attorneys' fees, pursuant to 35 U.S.C. § 285; and

e.  Granting Shopify such other and further relief as this Court may deem just and

proper in the circumstances.


Dated:  January 17, 2023.                    Respectfully submitted,

_/s/ Paige Arnette Amstutz_
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT DOUGLAS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
Tel:  (512) 495-6300
pamstutz@scottdoug.com

Hannah Santasawatkul
Texas Bar No. 24107617
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1225 17th Street, Suite 2600
Denver, Colorado 80202
Tel:  (720) 274-3135
hannah.santasawatkul@wilmerhale.com

_Attorneys for Defendant Shopify Inc._

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on January 17, 2023.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz