IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LOWER48 IP LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>SHOPIFY INC.,<br><br>                Defendant. | Case No.6:22-cv-00997-DAE<br><br>Jury Trial Demanded |

## PLAINTIFF LOWER48 IP LLC'S ANSWER TO THE COUNTERCLAIMS OF DEFENDANT SHOPIFY INC.

Plaintiff Lower48 IP LLC ("Lower48") submits this answer to the counterclaims of Defendant Shopify, Inc. ("Defendant" or "Shopify"). Unless specifically admitted below, Lower48 denies each and every allegation in Defendant's counterclaims:

### PARTIES AND JURISDICTION

1. Shopify is a Canadian company with a principal address at 151 O'Connor Street, Ground Floor, Ottawa, ON, K2P 2L8, Canada.

**Answer:** Admitted.

2. Counterclaim-defendant Lower48 IP LLC ("Lower48") alleges it is a limited liability company organized under the laws of the State of Texas.

**Answer:** Admitted.

3.      This is an action for declaratory judgment of non-infringement and invalidity arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202. Thus, this Court has subject-matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338(a), in combination with 28 U.S.C. §§ 2201-2202. An actual controversy exists under the Declaratory Judgment Act because Lower48 has asserted and is asserting infringement of the '177, '349, '070, and '777 patents (collectively, the "Asserted Patents") by Shopify, and Shopify denies those assertions.

**Answer:** Lower48 admits there is a controversy between the parties. Lower48 admits that the Court generally has subject-matter jurisdiction over claims brought pursuant to 28 U.S.C. §§ 1331 and 1338(a), in combination with 28 U.S.C. §§ 2201-2202, but Lower48 denies that the Shopify's counterclaims set forth a valid or meritorious claim for relief. Lower48 denies the remaining allegations in paragraph 3.

4.      Personal jurisdiction and venue over Lower48 in this District are proper because Lower48 has sued Shopify in this Court.

**Answer:** Admitted.

### COUNT I - NON-INFRINGEMENT OF THE '177 PATENT

5.      Shopify repeats and realleges the allegations set forth in paragraphs 1 through 5 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Lower48 incorporates its responses to paragraphs 1 through 5 above as if fully set forth here.

6. Lower48 claims that it is the owner of all rights, title, and interest in and to the '177 patent. Lower48 has expressly charged Shopify with infringement of the '177 patent by filing a[n] Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

**Answer:** Admitted.

7. Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '177 patent, either literally or under the doctrine of equivalents.

**Answer:** Denied.

8. Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 45 of the '177 patent." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 45 of the '177 patent. Lower48 denies that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

9. Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is

necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

10. Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '177 patent.

**Answer:** Denied.

## COUNT II – INVALIDITY OF THE '177 PATENT

11. Shopify repeats and realleges the allegations set forth in paragraphs 1 through 10 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Lower48 incorporates its responses to paragraphs 1 through 10 above as if fully set forth here.

12. Shopify contends that the claims of the '177 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

**Answer:** Denied.

13. Lower48's Amended Complaint alleges that the '177 patent was "duly and legally issued" and is "presumed valid." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint alleges that the '177 patent was "duly and legally issued" and is "presumed valid." Lower48 denies that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

14. Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

15. Shopify is entitled to a declaratory judgment that the claims of the '177 patent are invalid.

**Answer:** Denied.

### COUNT III - NON-INFRINGEMENT OF THE '349 PATENT

16. Shopify repeats and realleges the allegations set forth in paragraphs 1 through 15 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Lower48 incorporates its responses to paragraphs 1 through 15 above as if fully set forth here.

17. Lower48 claims that it is the owner of all rights, title, and interest in and to the '349 patent. Lower48 has expressly charged Shopify with infringement of the '349

patent by filing a[n] Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

**Answer:** Admitted.

18.     Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '349 patent, either literally or under the doctrine of equivalents.

**Answer:** Denied.

19.     Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 21 of the '349 patent." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 21 of the '349 patent." Lower48 denies that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

20.     Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

21. Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '349 patent.

**Answer:** Denied.

### COUNT IV - INVALIDITY OF THE '349 PATENT

22. Shopify repeats and realleges the allegations set forth in paragraphs 1 through 21 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Lower48 incorporates its responses to paragraphs 1 through 21 above as if fully set forth here.

23. Shopify contends that the claims of the '349 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

**Answer:** Denied.

24. Lower48's Amended Complaint alleges that the '349 patent was "duly and legally issued" and is "presumed valid." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint alleges that the '349 patent was "duly and legally issued" and is "presumed valid." Lower48 denies

that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

25. Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

26. Shopify is entitled to a declaratory judgment that the claims of the '349 patent are invalid.

**Answer:** Denied.

### COUNT V - NON-INFRINGEMENT OF THE '070 PATENT

27. Shopify repeats and realleges the allegations set forth in paragraphs 1 through 26 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Lower48 incorporates its responses to paragraphs 1 through 26 above as if fully set forth here.

28. Lower48 claims that it is the owner of all rights, title, and interest in and to the '070 patent. Lower48 has expressly charged Shopify with infringement of the '070 patent by filing a[n] Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

**Answer:** Admitted.

29.     Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '070 patent, either literally or under the doctrine of equivalents.

**Answer:** Denied.

30.     Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '070 patent." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint for Patent Infringement alleges that "the Shopify GraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '070 patent." Lower48 denies that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

31.     Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

32. Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '070 patent.

**Answer:** Denied

### COUNT VI – INVALIDITY OF THE '070 PATENT

33. Shopify repeats and realleges the allegations set forth in paragraphs 1 through 32 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Shopify repeats and realleges the allegations set forth in paragraphs 1 through 32 of this Counterclaim, above, as if set forth fully herein.

34. Shopify contends that the claims of the '070 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

**Answer:** Denied.

35. Lower48's Amended Complaint alleges that the '070 patent was "duly and legally issued" and is "presumed valid." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint alleges that the '070 patent was "duly and legally issued" and is "presumed valid." Lower48 denies that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

36. Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is

necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

37. Shopify is entitled to a declaratory judgment that the claims of the '070 patent are invalid.

**Answer:** Denied.

### COUNT VII – NON-INFRINGEMENT OF THE '777 PATENT

38. Shopify repeats and realleges the allegations set forth in paragraphs 1 through 37 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Shopify repeats and realleges the allegations set forth in paragraphs 1 through 37 of this Counterclaim, above, as if set forth fully herein.

39. Lower48 claims that it is the owner of all rights, title, and interest in and to the '777 patent. Lower48 has expressly charged Shopify with infringement of the '777 patent by filing a[n] Amended Complaint for Patent Infringement against Shopify on January 3, 2023.

**Answer:** Admitted.

40. Shopify has not infringed and does not infringe, directly or indirectly, any valid or enforceable claim of the '777 patent, either literally or under the doctrine of equivalents.

**Answer:** Denied.

41. Lower48's Amended Complaint for Patent Infringement alleges that "the ShopifyGraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '777 patent." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint for Patent Infringement alleges that "the ShopifyGraphQL System … infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '777 patent." Lower48 denies that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

42. Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

43. Shopify is entitled to a declaratory judgment that it has not infringed, and does not infringe, the '777 patent.

**Answer:** Denied.

## COUNT VI – INVALIDITY OF THE '777 PATENT

44. Shopify repeats and realleges the allegations set forth in paragraphs 1 through 43 of this Counterclaim, above, as if set forth fully herein.

**Answer:** Shopify repeats and realleges the allegations set forth in paragraphs 1 through 43 of this Counterclaim, above, as if set forth fully herein.

45. Shopify contends that the claims of the '777 patent are invalid for failure to comply with the conditions for patentability, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, 116, and/or 256.

**Answer:** Denied.

46. Lower48's Amended Complaint alleges that the '777 patent was "duly and legally issued" and is "presumed valid." Accordingly, a valid and justiciable controversy has arisen and exists between Lower48 and Shopify.

**Answer:** Lower48 admits that Lower48's Amended Complaint for Patent Infringement alleges that the '777 patent was "duly and legally issued" and is "presumed valid." Lower48 denies that Shopify is entitled to any relief whatsoever. Lower48 admits that a controversy has arisen and exists between Lower48 and Shopify.

47. Shopify desires a judicial determination and declaration of the respective rights and duties of the parties herein. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties.

**Answer:** Lower48 lacks any information about Shopify's "desires." Lower48 admits that a determination of the parties' respective rights and duties is both necessary and appropriate. Lower48 denies that Shopify is entitled to any relief whatsoever.

48. Shopify is entitled to a declaratory judgment that the claims of the '777 patent are invalid.

**Answer:** Denied.

## JURY DEMAND

Lower48 admits that Shopify's Counterclaims includes a request for a jury trial.

## PRAYER FOR RELIEF

Lower48 denies that Shopify is entitled to any of the relief requested pursuant to the counterclaims, or any other relief. Lower48 denies each and every allegation in Shopify's prayer for relief.

## GENERAL DENIAL

Any allegations in the counterclaims not admitted, denied, or explicitly explained, are denied by Lower48. Lower48 specifically denies that Shopify is entitled to any relief whatsoever. The headings herein track those used in the counterclaims and are for convenience only. They do not constitute any part of Lower48's answer to the counterclaims or any admission by Lower48 as to the truth of the matters asserted. To the extent the headings of the counterclaims are construed as allegations, they are each denied.

Dated: January 27, 2023                    Respectfully submitted,

                                                  */s/Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**The Mort Law Firm, PLLC**
501 Congress Ave, Suite 150
Austin, TX 78701
512-865-7950
Fax: 512-865-7950

Ronald M. Daignault (*Pro hac Vice* forthcoming; NY Bar No. 2476372)*
Chandran B. Iyer (*Pro hac Vice* forthcoming; NY Bar No. 4152658)
Oded Burger (*Pro hac Vice*; NY Bar No. 4910808)*
rdaignault@daignaultiyer.com
cbiyer@daignualtiyer.com
oburger@daignaultiyer.com
**Daignault Iyer LLP**
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182

*Attorneys for Lower48 IP LLC*

*Not admitted to practice in Virginia

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023, a copy of the foregoing document was served on the parties to this action by electronically filing true and correct copies with the Clerk of the Court using the ECM/ECF system which automatically sent notification by e-mail of such filing to the counsel of record.

                                                      */s/ Oded Burger*
                                                       Oded Burger