# EXHIBIT A

## Exhibit A: Proposed Scheduling Order

| Event | Date |
|---|---|
| Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit<br><br>Plaintiff may not add claims in the future without leave of Court. | March 3, 2023 |
| Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) financial data relating to the accused instrumentalities, and (3) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). | June 23, 2023 |
| The parties asserting claims for relief shall submit a written offer of settlement to opposing parties | July 14, 2023 |
| Exchange proposed disputed claim terms, not to exceed 15 terms per party | July 28, 2023 |
| Opposing party respond in writing to written offer of settlement | August 11, 2023 |
| Parties exchange proposed constructions | August 18, 2023 |
| Parties exchange extrinsic evidence supporting proposed constructions and identifying any witness, including expert witness, the parties anticipate may testify in support of the proffering party's claim construction. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. | September 8, 2023 |
| Submit report on alternative dispute resolution in compliance with Local Rule CV-88 | September 15, 2023 |

| Event | Date |
|---|---|
| Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions | September 22, 2023 |
| [**Plaintiff's Proposal**: Defendant shall serve and file opening claim construction brief and any expert declaration supporting its claim construction][1]<br><br>[**Defendant's Proposal**: Plaintiff shall serve and file opening claim construction brief and any expert declaration supporting its claim construction] | October 13, 2023 |
| [**Plaintiff's Proposal**: Plaintiff shall serve and file responsive brief and any expert declaration supporting its claim construction]<br><br>[**Defendant's Proposal**: Defendant shall serve and file responsive claim construction brief and any expert declaration supporting its claim construction] | November 17, 2023 |
| [**Plaintiff's Proposal**: Defendant shall serve and file reply claim construction brief]<br><br>[**Defendant's Proposal**: Plaintiff shall serve and file reply claim construction brief] | December 5, 2023 |
| [**Plaintiff's Proposal**: Plaintiff shall serve and file sur-reply claim construction brief]<br><br>[**Defendant's Proposal**: Defendant shall serve and file sure-reply claim construction brief] | December 22, 2023 |
| *Markman* Hearing | January/February or at the Court's Convenience |
| Fact discovery opens | One week after Markman |
| Parties Serve Initial Disclosures | One week after Markman |

---

[1] Plaintiff proposes that, consistent with the procedures outlined in the model schedule for Judge Alan D Albright, that claim construction briefing proceed with defendant filing its brief first. *See* Standing Order Governing Proceedings (OGP) 4.2—Patent Cases (J. Albright, dated Sept. 16th, 2022) at p. 13.

| Event | Date |
|---|---|
| **[Plaintiff's Proposal]**: [The parties may amend pleadings prior to this date as of right, except that any amendments adding new patents must be made upon a motion to amend or supplement the pleadings.]<br><br>**[Defendant's Proposal]**: The parties shall file all motions to amend or supplement pleadings or to join additional parties] | March 29, 2024 |
| Deadline to meet and confer and agree on narrowing the number of claims asserted and prior art references at issue ("claim narrowing agreement") | April 12, 2024 |
| If parties cannot agree on narrowing the number of claims asserted and prior art references at issue, deadline to submit dispute to Court | April 19, 2024 |
| Final Infringement and Invalidity Contentions are due. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. | May 24, 2024 |
| Deadline for Plaintiff to complete first round of narrowing and narrow the number of claims asserted to the number agreed to by the parties in the claim narrowing agreement | June 7, 2024 |
| Deadline for Defendant to complete first round of narrowing and narrow the number of prior art references at issue to the number agreed to by the parties in the claim narrowing agreement | July 3, 2024 |
| Deadline to complete fact discovery | August 30, 2024 |
| Deadline to serve opening expert reports | September 27, 2024 |
| Deadline to serve rebuttal expert reports | November 8, 2024 |
| **[Plaintiff's Proposal]**: [2]<br><br>**[Defendant's Proposal]**: Deadline to serve reply expert reports] | December 6, 2024 |
| Deadline to complete expert discovery | January 10, 2025 |

---

[2] Plaintiff proposes that, consistent with the procedures outlined in the model schedule for Judge Alan D Albright, that expert reports in this matter be limited to opening and rebuttal reports. *See* Standing Order Governing Proceedings (OGP) 4.2—Patent Cases (J. Albright, dated Sept. 16th, 2022) at p. 14.

| Event | Date |
|---|---|
| Deadline for Plaintiff to complete second round of narrowing and narrow the number of claims asserted to the number agreed to by the parties in the claim narrowing agreement | January 31, 2025 |
| Deadline for Defendant to complete second round of narrowing and narrow the number of prior art references at issue to the number agreed to by the parties in the claim narrowing agreement | February 21, 2025 |
| Deadline to file objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 | March 14, 2025 |
| Deadline to file dispositive motions | March 28, 2025 |