UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOWER48 IP LLC,**<br><br>Plaintiff<br><br>v.<br><br>**SHOPIFY INC.,**<br><br>Defendant | Case No. 6:22-cv-00997-DAE |

### ORDER

Before the Court is Defendant Shopify Inc.'s Motion to Compel Disclosure of Third-Party Interests in this Litigation. The Court heard oral argument on July 7, 2023. After careful consideration of the Motion and all other matters properly before the Court, the Court is of the opinion that the Motion should be **DENIED** for the reasons stated on the record.

**IT IS THEREFORE ORDERED** that Defendant's motion is **DENIED**.

SIGNED this 14th day of July.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE