UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOWER48 IP LLC,**<br><br>Plaintiff<br><br>v.<br><br>**SHOPIFY, INC.,**<br><br>Defendant | Case No. 6:22-cv-00997-DAE |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend Deadlines. (Dkt. # 34.) After careful consideration of the Motion and all other matters properly before the Court, the Court is of the opinion that the Motion is meritorious and should be **GRANTED**. The deadline for the parties asserting claims for relief to submit a written offer is September 22, 2023. The deadline for each opposing party to respond is October 13, 2023.

IT IS SO ORDERED.

SIGNED this 20th day of September, 2023.

_____
David Alan Ezra
Senior United States District Judge