IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOWER48 IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SHOPIFY INC.,**<br><br>Defendant. | Civil Action No. 6:22-cv-00997-DAE |

## ORDER GRANTING JOINT MOTION TO MODIFY
## THE SCHEDULING ORDER

Before the Court is the Joint Motion to Modify the Scheduling Order. (Dkt. # 43.) The Court has considered the Joint Motion to Modify the Scheduling Order and finds that it is meritorious and should be granted in its entirety.

**IT IS ORDERED** that the Joint Motion to Modify the Scheduling Order is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order (Dkt. # 22) is modified, as follows:

| Deadline | Original | New Deadline |
|---|---|---|
| Defendant's Opening Claim Construction Brief | February 9, 2024 | Cancelled |
| Plaintiff's Responsive Claim Construction Brief | March 8, 2024 | Cancelled |
| Defendant's Reply Clam Construction Brief | March 22, 2024 | Cancelled |
| Joint Claim Construction Statement | March 29, 2024 | Cancelled |

| | | |
|---|---|---|
| *Markman* Hearing | -- | Cancelled |
| Fact Discovery Opens | -- | April 8, 2024 |
| Final Infringement Contentions and Invalidity Contentions | Eight weeks after *Markman* hearing | June 7, 2024 |
| Mediation and Report Deadline (Local Rule CV-88) | Sixty days after entry of *Markman* | July 1, 2024 |
| Fact Discovery Closes | October 18, 2024 | October 18, 2024 (unchanged) |
| Opening Expert Reports | November 15, 2024 | November 15, 2024 (unchanged) |
| Rebuttal Expert Reports | January 13, 2025 | January 13, 2025 (unchanged) |
| Expert Discovery Closes | March 10, 2025 | March 10, 2025 (unchanged) |
| Opening Dispositive and *Daubert* motions | May 8, 2025 | May 8, 2025 (unchanged) |

Signed: February 16, 2024

_____
David Alan Ezra
Senior United States District Judge