**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| LOWER48 IP LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>SHOPIFY INC.,<br><br>     Defendant. | Case No. 6:22-cv-00997-DAE |

**UNOPPOSED MOTION TO WITHDRAW ODED BURGER AS COUNSEL**

Pursuant to Local Rule AT-3, Plaintiff Lower48 IP, LLC ("Lower48" or "Plaintiff"), files this Unopposed Motion to Withdraw Oded Burger as Counsel for Plaintiff in the above-captioned case and shows as follows:

1. Oded Burger of Daignault Iyer LLP is currently listed as counsel for Lower48 in the above-captioned action.

2. There is good cause to withdraw Mr. Burger as counsel for Plaintiff as Plaintiff has found other counsel and wishes to have different representation.

3. Andrew G. DiNovo, Gabriel R. Gervey, and Michael Damian French of DiNovo Price LLP entered appearances in this action on behalf of Lower48 on May 16, 2024. ECF 45-47.

4. Lower48 has contacted Defendant Shopify, Inc. ("Shopify") with respect to the filing of this Motion and Shopify is unopposed to the granting of this Motion.

1

Accordingly, Lower48 requests the Court to grant this Unopposed Motion to Withdraw Oded Burger as Counsel and remove Mr. Burger from all further electronic notifications regarding this case.

Dated: May 23, 2024

/s/ Zachary H. Ellis
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

*Of Counsel:*
Oded Burger *(pro hac vice)\**
Zachary H. Ellis (State Bar No. 24122606)*
oburger@daignaultiyer.com
zellis@daignaultiyer.com
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
*\*Not admitted in Virginia*

*Attorneys for Lower48 IP LLC*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff met and conferred with counsel for Defendant regarding this Unopposed Motion to Withdraw as Counsel and the relief sought herein. Counsel for Defendant confirmed that this Motion is unopposed.

/s/ Zachary H. Ellis
Zachary H. Ellis

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on May 23, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Zachary H. Ellis</u>
Zachary H. Ellis