# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LOWER48 IP LLC,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>SHOPIFY INC.,<br><br>　　　*Defendant*, | Case No. 6:22-cv-00997-DAE<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Before the Court is the Joint Motion to Extend Scheduling Order Deadlines (the "Motion"). Having reviewed the Motion and finding good cause exists, the Court hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that the following deadlines in the above-reference cause are amended as follows:

| Deadline | Original Date | New Date |
|---|---|---|
| Final Infringement Contentions and Invalidity Contentions | June 7, 2024 | July 8, 2024 |
| Mediation and Report Deadline (Local Rule CV-88) | July 1, 2024 | August 1, 2024 |

SIGNED this __28th__ day of ____May____, 2024.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE