IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LOWER48 IP LLC,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>SHOPIFY INC.,<br><br>　　　　*Defendant*, | Case No. 6:22-cv-00997-DAE<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Before the Court is the Joint Motion to Extend Scheduling Order Deadlines (the "Motion"). (Dkt. # 52.) Having reviewed the Motion and finding good cause exists, the Court hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that the following deadlines in the above-reference cause are amended as follows:

| Deadline | Original Date | Proposed Date |
|---|---|---|
| Final Infringement Contentions and Invalidity Contentions | July 8, 2024 | August 8, 2024 |
| Close of fact discovery | October 18, 2024 | December 18, 2024 |
| Opening Expert Reports | November 15, 2024 | February 14, 2025 |
| Rebuttal Expert Reports | January 13, 2025 | April 14, 2025 |
| Complete expert discovery | March 10, 2025 | June 9, 2025 |
| Opening Dispositive and *Daubert* Motions | May 8, 2025 | August 8, 2025 |
| Responses to Dispositive and *Daubert* Motions | May 22, 2025 *(14 days after Opening Motions)* | September 5, 2025 *(28 days after Opening Motions)* |
| Replies to Dispositive and *Daubert* Motions | May 29, 2025 *(7 days after Responsive Motions)* | September 19, 2025 *(14 days after Responsive Motions)* |

SIGNED this ___3rd___ day of ___July___, 2024.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE