# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LOWER48 IP LLC | § § | |
| vs. | § § | NO: WA:22-CV-00997-DAE |
| SHOPIFY, INC. | § | |

## ORDER SETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTIONS HEARING VIA ZOOM on Thursday, November 21, 2024 at 03:30 PM (30 min time block) before the Honorable Derek T. Gilliland. The Court will hear argument on the following: ECF 59 - Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 19th day of November, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE