UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LOWER48 IP LLC | § |
| | § |
| vs. | §   NO:  WA:22-CV-00997-DAE |
| | § |
| SHOPIFY, INC., SHOPIFY, INC., LOWER48 IP LLC | § |

### ORDER RESETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MOTIONS HEARING VIA ZOOM on Tuesday, November 26, 2024 at 09:00 AM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel.

SIGNED this 20th day of November, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE