# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LOWER48 IP LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SHOPIFY INC.,<br><br>    *Defendant*, | Case No. 6:22-cv-00997-DAE<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND
## BRIEFING DEADLINES ON DEFENDANT'S MOTION TO COMPEL

Before the Court is the Joint Motion to Extend Briefing Deadlines on Defendant's Motion to Compel (the "Joint Motion"). Having reviewed the Joint Motion and finding good cause exists, the Court hereby GRANTS the Joint Motion.

IT IS HEREBY ORDERED that Plaintiff shall have until March 12, 2025 to respond to Defendant's Motion to Compel.

IT IS FURTHER ORDERED that Defendant shall have until March 25, 2025 to reply to Plaintiff's response.

SIGNED this _____ day of _____, 2025.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE