AIN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOWER48 IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SHOPIFY INC.,**<br><br>Defendant. | Case No. 6:22-cv-00997-DAE |

**ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

BEFORE THE COURT is the Joint Motion to Extend Scheduling Order Deadlines (the "Joint Motion"). Having reviewed the Joint Motion and finding good cause exists, the Court hereby GRANTS the Joint Motion. (Dkt. # 103.)

IT IS HEREBY ORDERED that the following deadlines in the above-reference cause are amended as follows:

| Deadline | Original | Proposed Date |
|---|---|---|
| Amended/Supplemental Final Infringement Contentions* | N/A | March 21, 2025 |
| Amended/Supplemental Final Invalidity Contentions* | N/A | April 11, 2025 |
| Close of fact discovery | April 4, 2025 | April 11, 2025 |
| Supplemental validity discovery responses (i.e. Plaintiff's responses to Interrogatory No. 7) | N/A | April 25, 2025 |
| Opening expert reports | May 2, 2025 | May 9, 2025 |
| Rebuttal expert reports | July 11, 2025 | July 18, 2025 |
| Complete expert discovery | August 8, 2025 | August 15, 2025 |

*Both Parties reserve their rights, as set forth in their correspondence, regarding the contents of these contentions.

2

SIGNED: Austin, Texas, April 7, 2025.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE