THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOWER48 IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SHOPIFY INC.,**<br><br>Defendant. | Case No. 6:22-cv-00997-DAE |

**JOINT AMENDMENTS TO SCHEDULING ORDER DEADLINES**

In light of the Court's ruling during the April 28, 2025 sealed discovery hearing, the Court ORDERS that the following deadlines in the above-referenced cause are amended, as follows:

| Deadline | Current | Proposed Date |
|---|---|---|
| Opening expert reports | May 9, 2025 | May 30, 2025 |
| Rebuttal expert reports | July 18, 2025 | August 8, 2025 |
| Complete expert discovery | August 15, 2025 | September 5, 2025 |

SIGNED: May 2, 2025.

HON. DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE