IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOWER48 IP LLC,**<br>*Plaintiff,*<br><br>v.<br><br>**SHOPIFY INC.,**<br>*Defendant,* | §<br>§<br>§<br>§  **CASE NO. 6:22-CV-00997-DAE**<br>§  **FILED UNDER SEAL**<br>§<br>§<br>§ |

### ORDER DENYING SHOPIFY INC.'S MOTION TO COMPEL
### DISCOVERY REGARDING LITIGATION FUNDING AS MOOT (ECF NO. 100)

On April 28, 2025, the Court held a hearing on Defendant's motion seeking litigation funding (ECF No. 100). In its briefing and at that hearing, Plaintiff stated that it did not have a litigation funding agreement for the plaintiff or this case. At the hearing, Plaintiff's counsel carefully worded its statement about funding agreements and offered to provide information for in camera review.

The Court received and reviewed ▇▇▇▇▇ in camera. Plaintiff provided a short letter explaining ▇▇▇▇▇ related to the plaintiff's case. ▇▇▇▇▇

▇▇▇▇▇

▇▇▇▇▇

▇▇▇▇▇

After reviewing ▇▇▇▇▇ in camera, the Court is convinced that ▇▇▇▇▇ is not relevant or discoverable, and that there is no litigation funding agreement for Plaintiff. As such, Defendant's Motion (ECF No. 100) is **DENIED** as **MOOT**.

The parties are **ORDERED** to submit a redacted version of this order to be filed on the public docket within seven (7) days of this order.

**SIGNED** this 5th day of May, 2025.

                                                DEREK T. GILLILAND
                                              UNITED STATES MAGISTRATE JUDGE