AIN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOWER48 IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SHOPIFY INC.,**<br><br>Defendant. | Case No. 6:22-cv-00997-DAE |

### ORDER GRANTING JOINT REQUEST TO EXTEND SCHEDULING ORDER DEADLINES

BEFORE THE COURT is the Joint Request to Extend Scheduling Order Deadlines (the "Joint Request"). Having reviewed the Joint Request and finding good cause exists, the Court hereby GRANTS the Joint Request.

IT IS HEREBY ORDERED that the following deadlines in the above-reference cause are amended as follows:

| Deadline | Original | Proposed Date |
|---|---|---|
| Opening expert reports | May 30, 2025 | June 6, 2025 |
| Rebuttal expert reports | August 8, 2025 | August 22, 2025 |
| Complete expert discovery | September 5, 2025 | September 19, 2025 |
| Opening Dispositive and *Daubert* Motions | October 10, 2025 | October 21, 2025 |
| Responses to Dispositive and *Daubert* Motions | November 7, 2025 | November 21, 2025 |
| Replies to Dispositive and *Daubert* Motions | November 21, 2025 | December 12, 2025 |

1

SIGNED: May 28, 2025.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE