IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**LOWER48 IP LLC,**

Plaintiff,

v.

**SHOPIFY INC.,**

Defendant.

Case No. 6:22-cv-00997-DAE

**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN
SCHEDULING ORDER DEADLINES**

BEFORE THE COURT is the Joint Motion to Extend Certain Scheduling Order Deadlines (the "Joint Motion"). Having reviewed the Joint Motion and finding good cause exists, the Court hereby GRANTS the Joint Motion.

IT IS HEREBY ORDERED that the following deadlines in the above-reference cause are amended as follows:

| Deadline | Original | Proposed Date |
|---|---|---|
| Opening expert reports | June 6, 2025 | July 10, 2025 |
| Rebuttal expert reports | August 22, 2025 | October 3, 2025 |
| Complete expert discovery | September 19, 2025 | November 5, 2025 |
| Opening Dispositive and *Daubert* Motions | October 21, 2025 | December 18, 2025 |
| Responses to Dispositive and *Daubert* Motions | November 21, 2025 | February 5, 2026 |
| Replies to Dispositive and *Daubert* Motions | December 12, 2025 | March 5, 2026 |

SIGNED: June 3, 2025.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE