IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOWER48 IP LLC,<br>　　　*Plaintiff*,<br><br>vs.<br><br>SHOPIFY INC.,<br>　　　*Defendant*.<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:22-CV-997-DAE |

## ORDER GRANTING JOINT MOTION FOR CLARIFICATION

BEFORE THE COURT is Plaintiff Lower48 IP LLC and Defendant Shopify Inc.'s Joint Motion for Clarification Regarding the Deadline to File *Daubert* Motions (the "Joint Motion").

Having considered the Joint Motion, and good cause appearing, the Court hereby **GRANTS** the Joint Motion. It is therefore **ORDERED** that the deadline to file any objections to an expert's proposed testimony under Federal Rule of Evidence 702, including any motions to exclude an expert's testimony, is December 18, 2025, regardless of when an expert is deposed. It is **FURTHER ORDERED** that Paragraph 12 of the April 4, 2023 Order is no longer in effect.

**DATED**: Austin, Texas, September 8, 2025.

_____
David Alan Ezra
Senior United States District Judge