**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **LOWER48 IP LLC** | § | |
| | § | |
| **vs.** | § | **NO: WA:22-CV-00997-CRW-DTG** |
| | § | |
| **SHOPIFY, INC.** *Defendant* | § | |

# ORDER SETTING MOTIONS HEARING HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MOTIONS HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Thursday, December 10, 2026 at 09:00 AM (full day block). The Court will hear argument on all pending matters before the Court.

**IT IS SO ORDERED** this **26th day of October, 2026**.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE